UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

THOMAS MICHAEL RODENKIRCH (#727047)

CIVIL ACTION

VERSUS

NO.   18-488-JWD-SDJ

RICKY BABIN

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated July 23, 2020 (Doc. 29), to which no objection was filed[1];

**IT IS ORDERED** that Plaintiff's Motion for Leave to File an Amended Complaint (Doc. 21) is DENIED as futile.

**IT IS FURTHER ORDERED** that the Court declines the exercise of supplemental jurisdiction over any potential state law claims, the Motion to Dismiss (Doc. 22) filed on behalf of Ricky Babin is GRANTED, and this proceeding is DISMISSED WITH PREJUDICE.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on September 16, 2020.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

1 The Court notes that on August 8, 2020, Plaintiff filed a motion for extension of time to file a response to the Magistrate's Report and Recommendation.  On August 12, 2020, Magistrate Judge Johnson denied Plaintiff's Motion for extension of time to respond Magistrate's Report and Recommendation, as the report and recommendation made clear that ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED. See R. Doc. 29, p. 1.